IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent.

v.                                                         No. CV 16-0882 LH/LAM
                                                       No. CR 11-1204 LH

WARREN RIVERA,

    Defendant/Movant,

## ORDER GRANTING UNOPPOSED MOTION TO STAY

**THIS MATTER** is before the Court on the ***United States' Unopposed Motion to Stay Briefing*** *(Doc. 5)*, filed on September 9, 2016. In its motion, the United States asks the Court to stay briefing in this case pending a decision from the Tenth Circuit in *United States v. Maldonado-Palma*, No. 15-2146, 2015 WL 7565593. The Court **FINDS** that the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the ***United States' Unopposed Motion to Stay Briefing*** *(Doc. 5)* is **GRANTED** and the briefing in this case is **STAYED** pending a decision in *United States v. Maldonado-Palma*.

**IT IS FURTHER ORDERED** that the United States shall notify the Court when the Tenth Circuit issues a ruling in *United States v. Maldonado-Palma*, and the United States' response to Defendant/Movant's § 2255 motion is due **within twenty-one (21) days of the issuance of that decision**.

    IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**