IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                                                                    Case No. 1:11-cr-1204-JMC

WARREN RIVERA,

   Defendant.

## ORDER FOR PSYCHIATRIC/PSYCHOLOGICAL EVALUATION

On March 25, 2021, Defendant Warren Rivera appeared before the Court for a hearing on the government's amended petition to revoke supervised release. Defendant admitted to violating conditions of supervision. After reviewing the violation report and the factors set forth in 18 U.S.C. § 3553(a)(1)–(7), the Court believes that it would benefit from reviewing a psychiatric/psychological evaluation prior to sentencing in order to sentence Defendant to a sentence that is sufficient, but not greater than necessary to achieve the sentencing goals.

Accordingly, the Court ORDERS United States Probation and Pretrial Services to arrange for a psychologist to complete a psychiatric/psychological evaluation of Defendant.

IT IS SO ORDERED.

Entered for the Court
this the 26th day of March, 2021

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation